1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Xiao Wen Jin, Esq.
   Nevada State Bar No. 13901
3  **BACKUS, CARRANZA & BURDEN**
   3050 South Durango Drive
4  Las Vegas, NV 89117
   T: (702) 872-5555
5  F: (702) 872-5545
   jburden@backuslaw.com
6  shirleyjin@backuslaw.com
   Attorneys for Defendant *Albertson's LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VIVIAN RICE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC, d/b/a ALBERTSONS, a limited liability company,<br><br>Defendant. | Case No. 2:20-cv-00600-JAD-DJA<br><br>ECF No. 3 |

**STIPULATION AND ORDER TO REMAND**

Plaintiff Vivian Rice, by and through her counsel of record, the law firm of BENSON ALLRED PLLC, and Defendant Albertson's LLC, by and through its counsel of record, the law firm of BACKUS, CARRANZA & BURDEN, hereby stipulate and agree to remand this case back to the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Eighth Judicial District Court, Clark County, Nevada.

    IT IS SO STIPULATED.

DATED: this 31st day of March, 2020.        DATED: this 31st day of March, 2020.

**BENSON ALLRED, PLLC**                 **BACKUS, CARRANZA & BURDEN**

By: /s/ Joshua Benson                /s/ Jack P. Burden
Joshua L. Benson, Esq.               Jack P. Burden, Esq.
Nevada Bar No. 10514                Nevada State Bar No. 6918
6250 N. Durango Drive                Xiao Wen Jin, Esq.
Las Vegas, NV 89149                  Nevada State Bar No. 13901
*Attorneys for Plaintiff*                   3050 South Durango Drive
                                        Las Vegas, NV 89117
                                        *Attorneys for Defendant*

## ORDER

    Based on the parties' stipulation [ECF No. 3] and it appearing that this court lacks jurisdiction over this matter, IT IS HEREBY ORDERED that **this case is REMANDED back to the Eighth Judicial District Court, Case No. A-20-809988-C, Department 14**. The Clerk of Court is directed to CLOSE THIS CASE.

                                                  _____
                                                  U.S. District Judge 4-2-2020